```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                                   CASE NO: 2:06-cr-4-FtM-29SPC

JOSEPH JOHNSON
_____

## OPINION AND ORDER

This matter comes before the Court on Petitioner's Memorandum of Law In Support of Petition for Writ of Habeas Corpus Filed Pursuant to Title 28 U.S.C. Section 2255 (Doc. #338) filed on August 29, 2014.  The Court deems this memorandum to include a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

Defendant Joseph Johnson previously filed a petition under 28 U.S.C. § 2255 (Doc. #311), which was denied by a prior Opinion and Order (Doc. #330).  A prisoner may not file a second or successive motion under § 2255 without the permission of the appropriate court of appeals.  28 U.S.C. § 2255(h).  Absent such permission, a district judge lacks jurisdiction to address the motion and must dismiss it.  United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005).  Defendant has not obtained a certification from the Eleventh Circuit Court of Appeals which allows the filing of a second or successive petition, and therefore the district court lacks subject matter jurisdiction.

Accordingly, it is hereby

**ORDERED:**

Defendant's Petitioner's Memorandum of Law In Support of Petition for Writ of Habeas Corpus Filed Pursuant to Title 28 U.S.C. Section 2255 (Doc. #338), deemed to include a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of September, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Joseph Johnson